ETHOS TECHNOLOGIES, INC.,
Plaintiff–Appellant,

v.

REALNETWORKS, INC.,
Defendant–Appellee.

No. 2006–1552.

United States Court of Appeals,
Federal Circuit.

May 8, 2007.

Before MICHEL, Chief Judge, MAYER and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

Kamal DIAS, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 06–3309.

United States Court of Appeals,
Federal Circuit.

May 8, 2007.

Before LOURIE, RADER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.